**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donald Eugene Moyer Jr.** | : | Case No. 14−10390−TPA |
| **Tonya Helene Moyer** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| MidFirst Bank | : | |
| *Movant,* | : | Related to Claim No. 5 |
| | : | |
| v. | : | |
| Donald Eugene Moyer Jr., | : | |
| Tonya Helene Moyer and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

　　　　**AND NOW**, this **24th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *MidFirst Bank* at Claim No. 5 in the above−captioned bankruptcy case,

　　　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)　an *AMENDED CHAPTER 13 PLAN;*

(2)　a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)　an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald Eugene Moyer, Jr.  
Tonya Helene Moyer  
     Debtors

Case No. 14-10390-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz      Page 1 of 1      Date Rcvd: May 24, 2017  
                           Form ID: 237      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.  
db/jdb        +Donald Eugene Moyer, Jr.,    Tonya Helene Moyer,    546 E. 28th Street,    Erie, PA 16504-1112  
               +Aldridge Pite, LLP,    4375 Jutland Dr. Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        Michael S. Jan Janin    on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
        Michael S. Jan Janin    on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                    TOTAL: 6