IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. and | : | |
| TONYA HELENE MOYER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| MID-FIRST BANK, | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 5 |
| v. | : | |
| | : | |
| DONALD EUGENE MOYER, JR. and | : | |
| TONYA HELENE MOYER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By  */s/Michael S. JanJanin*
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222, Ext. 1045
Phone: (814) 314-1051 (Direct)
Fax: (814) 833-6753
Email: mjanjanin@quinnfirm.com
Attorneys for Debtors, Donald Eugene Moyer, Jr. and
Tonya Helene Moyer, his wife

#1054837

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. and | : | |
| TONYA HELENE MOYER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| MID-FIRST BANK, | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 5 |
| v. | : | |
| | : | |
| DONALD EUGENE MOYER, JR. and | : | |
| TONYA HELENE MOYER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 5, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____Electronic Notification_____.

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: June 5, 2017

By:    /s/Michael S. JanJanin_____
Signature

Michael S. Jan Janin, Esq._____
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508_____
Address

(814) 833-2222 ext. 1045_____
Phone No.

PA ID #38880_____
List Bar I.D. and State of Admission