IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | THE HON. THOMAS P. AGRESTI |
| TONYA HELENE MOYER, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | DOCUMENT NO. |
| TONYA HELENE MOYER, his wife, | : | |
| Movants | : | DATE & TIME OF HEARING: |
| | : | Wednesday, August 16, 2017 at 9:30 a.m. |
| v. | : | |
| | : | RESPONSES DUE: |
| NO RESPONDENT | : | July 31, 2017 |

AMENDED CERTIFICATE OF SERVICE OF APPLICATION
FOR LEAVE TO EMPLOY SPECIAL COUNSEL and
NOTICE OF HEARING WITH RESPONSE DEADLINE

  I, Michael S. Jan Janin, certify under penalty of perjury that I served the above-captioned pleading, Application for Leave to Employ Counsel, on the parties at the addresses on the attached matrix, on July 14, 2017, by regular First Class United States mail or other method as described on the attached list.

The total number of parties served was 1.

EXECUTED ON:  July 14, 2017

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.

        By: */s/Michael S. JanJanin*
          Michael S. Jan Janin, Esq.
          Pa. I.D. No. 38880
          2222 West Grandview Boulevard
          Erie, PA 16506-4508
          Phone:  (814) 833-2222, Ext. 1045
          Direct Dial:  (814) 314-1051
          Fax:  (814) 833-6753
          Email:  mjanjanin@quinnfirm.com
          Attorneys for Debtors, Donald Eugene Moyer, Jr. and
          Tonya Helene Moyer, his wife

#1066545

The following were served via the CM/ECF System and will not receive a paper copy of the filing:

Ronda J. Winnecour, Esquire
Suite 3250
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov