IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | THE HON. THOMAS P. AGRESTI |
| TONYA HELENE MOYER, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | RELATED TO DOCUMENT NO. 45 |
| TONYA HELENE MOYER, his wife, | : | |
| Movants | : | DATE & TIME OF HEARING: |
| | : | Wednesday, August 16, 2017 at 9:30 a.m. |
| v. | : | |
| | : | RESPONSES DUE: |
| NO RESPONDENT | : | July 31, 2017 |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION TO EMPLOY SPECIAL COUNSEL (Document No. 45)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Special Counsel filed July 14, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than July 31, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  August 1, 2017

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
          Michael S. JanJanin, Esquire
          PA Id. No. 38880
          The Quinn Law Firm
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail: mjanjanin@quinnfirm.com
          Counsel for Debtors

#1065869