## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** : | |
| DONALD EUGENE MOYER, JR. and TONYA : | BANKRUPTCY NO.  14-10390TPA |
| HELENE MOYER, his wife, : | |
|     Debtors : | THE HONORABLE THOMAS P. AGRESTI |
| : | |
| DONALD EUGENE MOYER, JR. and TONYA : | CHAPTER 13 |
| HELENE MOYER, his wife, : | |
|     Movants : | RELATED TO DOCUMENT NO. 51 |
| : | |
|     v. : | DATE AND TIME OF HEARING |
| : | Wednesday, May 2, 2018 at 9:30 a.m. |
| DANDY SERVICE COMPANY; ZENITH : | |
| INSURANCE COMPANY; and RONDA J. : | RESPONSES DUE: |
| WINNECOUR, ESQUIRE, CHAPTER 13 : | April 9, 2018 |
| TRUSTEE, : | |
|     Respondents : | |

## **CONSENT ORDER**

AND NOW, to-wit, this ____ day _____, 2018 upon consideration of the Motion to Approve Worker's Compensation Settlement filed by the Debtors, Donald Eugene Moyer, Jr. and Tonya Helene Moyer, his wife, (hereinafter "Debtors") and upon consent of counsel for the Debtors by and through their attorneys, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. and the Chapter 13 Trustee, Ronda J. Winnecour, Esquire, it is hereby ORDERED, ADJUDGED and DECREED as follows that the Motion is APPROVED.

It is further ORDERED that Zenith Insurance Company shall pay Edgar Snyder and Associates $31,500.00 in connection with its contingency fee within thirty (30) days of the date of this Order.

It is further ORDERED that Zenith Insurance Company shall pay Ronda J. Winnecour, Esquire the sum of $9,550.00 within thirty (30) days of the date of this Order to be forwarded to the following address:

Ronda J. Winnecour, Esquire
P.O. Box 84051
Chicago, IL 60689-4002

It is further ORDERED that Zenith Insurance Company shall pay Donald Eugene Moyer, Jr. the sum of $116,450.00 within thirty (30) days of the date of this Order to be sent to the following address:

> Donald Eugene Moyer, Jr.
> 546 East 28th Street
> Erie, PA 16504

It is further ORDERED that the Chapter 13 Trustee shall make the following distributions:

(a.) Any pre-petition arrearages owed on the mortgage with Mid-First Bank.

(b.) The secured claim of Erie Water Works in the amount of $1,220.31.

(c.) The general, unsecured claim of Calvary SPVI, LLC in the amount of $1,026.02.

(d.) The general, unsecured claim of Unifund Corporation in the amount of $2,860.66.

(e.) The general, unsecured claim of Penelec, a first energy company, in the amount of $606.34.

(f.) The general, unsecured claim of Premier Bankcard/Charter in the amount of $437.10.

(g.) The general, unsecured claim of National Fuel Gas in the amount of $360.12.

(h.) The general, unsecured claim of Ashley Funding Services, LLC in the amount of $245.12.

(i.) The general, unsecured claim of American Inforsource, L.P. as agent for Direct TV in the amount of $239.23.

(j.) Legal Fees to Michael S. Jan Janin, Esquire and the Quinn Law Firm in the amount of $1,500.00 in connection with the Motion to Approve Settlement.

After the Chapter 13 Trustee's Office performs an audit, the Debtors agree to pay additional amounts as necessary in order to complete the Chapter 13 Plan. Any surplus over and above the amount set forth above shall be refunded to the Debtors.

#1123189

The Debtor shall be entitled to a Chapter 13 discharge following final payment and confirmation of discharge eligibility in accordance with the ordinary case closing procedure.

It is further ORDERD that the hearing which had been scheduled for Wednesday, May 2, 2018 at 9:30 a.m. is CANCELLED.

                                                                              _____
                                                                              The Honorable Thomas P. Agresti
                                                                              United States Bankruptcy Judge

#1123189

Consented to

| QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC. | OFFICE OF CHAPTER 13 TRUSTEE |
|---|---|
| By: */s/Michael S. JanJanin* <br> Michael S. Jan Janin, Esquire <br> Pa. I.D. No. 38880 <br> 2222 West Grandview Blvd. <br> Erie, PA 16506-4508 <br> Phone:  (814)833-2222, Ext. 1045 <br> Phone:  (814)314-1051 (Direct) <br> Fax:  (814)833-6753 <br> Email:  mjanjanin@quinnfirm.com <br> Attorney for Debtors, Donald Eugene Moyer, Jr. and Tonya Helene Moyer, his wife | By: */s/Jana Pail* <br> Jana Pail, Esquire <br> Suite 3250 <br> USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> Phone:  (412)471-5566, Ext. 3143 <br> **Email:  jpail@chapter13trusteewdpa.com** |

#1123189