**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/4/18 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| **In Re:** | : | |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife, | : : | BANKRUPTCY NO. 14-10390TPA |
| Debtors | : : | THE HONORABLE THOMAS P. AGRESTI |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife, | : : | CHAPTER 13 |
| Movants | : : | RELATED TO DOCUMENT NO. 51 |
| v. | : : | DATE AND TIME OF HEARING Wednesday, May 2, 2018 at 9:30 a.m. |
| DANDY SERVICE COMPANY; ZENITH INSURANCE COMPANY; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | RESPONSES DUE: April 9, 2018 |
| Respondents | : : | |

**CONSENT ORDER**

AND NOW, to-wit, this <u>4th</u> day <u>April</u>, 2018 upon consideration of the Motion to Approve Worker's Compensation Settlement filed by the Debtors, Donald Eugene Moyer, Jr. and Tonya Helene Moyer, his wife, (hereinafter "Debtors") and upon consent of counsel for the Debtors by and through their attorneys, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. and the Chapter 13 Trustee, Ronda J. Winnecour, Esquire, it is hereby ORDERED, ADJUDGED and DECREED as follows that the Motion is APPROVED.

It is further ORDERED that Zenith Insurance Company shall pay Edgar Snyder and Associates $31,500.00 in connection with its contingency fee within thirty (30) days of the date of this Order.

It is further ORDERED that Zenith Insurance Company shall pay Ronda J. Winnecour, Esquire the sum of $9,550.00 within thirty (30) days of the date of this Order to be forwarded to the following address:

Ronda J. Winnecour, Esquire
P.O. Box 84051
Chicago, IL 60689-4002

It is further ORDERED that Zenith Insurance Company shall pay Donald Eugene Moyer, Jr. the sum of $116,450.00 within thirty (30) days of the date of this Order to be sent to the following address:

Donald Eugene Moyer, Jr.
546 East 28th Street
Erie, PA 16504

It is further ORDERED that the Chapter 13 Trustee shall make the following distributions:

(a.) Any pre-petition arrearages owed on the mortgage with Mid-First Bank.

(b.) The secured claim of Erie Water Works in the amount of $1,220.31.

(c.) The general, unsecured claim of Calvary SPVI, LLC in the amount of $1,026.02.

(d.) The general, unsecured claim of Unifund Corporation in the amount of $2,860.66.

(e.) The general, unsecured claim of Penelec, a first energy company, in the amount of $606.34.

(f.) The general, unsecured claim of Premier Bankcard/Charter in the amount of $437.10.

(g.) The general, unsecured claim of National Fuel Gas in the amount of $360.12.

(h.) The general, unsecured claim of Ashley Funding Services, LLC in the amount of $245.12.

(i.) The general, unsecured claim of American Inforsource, L.P. as agent for Direct TV in the amount of $239.23.

(j.) Legal Fees to Michael S. Jan Janin, Esquire and the Quinn Law Firm in the amount of $1,500.00 in connection with the Motion to Approve Settlement.

After the Chapter 13 Trustee's Office performs an audit, the Debtors agree to pay additional amounts as necessary in order to complete the Chapter 13 Plan. Any surplus over and above the amount set forth above shall be refunded to the Debtors.

#1123189

The Debtor shall be entitled to a Chapter 13 discharge following final payment and confirmation of discharge eligibility in accordance with the ordinary case closing procedure.

It is further ORDERD that the hearing which had been scheduled for Wednesday, May 2, 2018 at 9:30 a.m. is CANCELLED.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

ljm

#1123189

Consented to

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

By: */s/Michael S. JanJanin*
    Michael S. Jan Janin, Esquire
    Pa. I.D. No. 38880
    2222 West Grandview Blvd.
    Erie, PA 16506-4508
    Phone:  (814)833-2222, Ext. 1045
    Phone:  (814)314-1051 (Direct)
    Fax:  (814)833-6753
    Email:  mjanjanin@quinnfirm.com
    Attorney for Debtors, Donald Eugene Moyer, Jr. and Tonya Helene Moyer, his wife

OFFICE OF CHAPTER 13 TRUSTEE

By: */s/Jana Pail*
    Jana Pail, Esquire
    Suite 3250
    USX Tower
    600 Grant Street
    Pittsburgh, PA 15219
    Phone:  (412)471-5566, Ext. 3143
    **Email:  jpail@chapter13trusteewdpa.com**

#1123189

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10390-TPA
Donald Eugene Moyer, Jr.                                                  Chapter 13
Tonya Helene Moyer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin               Page 1 of 1           Date Rcvd: Apr 04, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db/jdb         +Donald Eugene Moyer, Jr.,   Tonya Helene Moyer,   546 E. 28th Street,   Erie, PA 16504-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   MIDFIRST BANK agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6