**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/25/2018

IN RE:

DONALD EUGENE MOYER, JR.
TONYA HELENE MOYER
546 E. 28TH STREET
ERIE, PA 16504
XXX-XX-0462         Debtor(s)

XXX-XX-3899

Case No.14-10390 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/25/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **MIDFIRST*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 N W GRAND BLVD STE 110 <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DK4PMT~LMT | CRED DESC: MORTGAGE REGULAR PAYMENT <br> ACCOUNT NO.: 9580 |
| **ERIE WATER WORKS*** <br> 340 WEST BAYFRONT PKWY <br> ERIE, PA 16507-2004 | Trustee Claim Number: 2  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,220.31 <br> COMMENT: CL1GOVS*550.34@0%/PL~2012*YRS NT PROV/CL*DK*NO POD | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 3780 |
| **AFNI INC**++** <br> 404 BROCK DR <br> POB 3667 <br> BLOOMINGTON, IL 61702-3667 | Trustee Claim Number: 3  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **ALLIED INTERSTATE++** <br> 3000 CORPORATE EXCHANGE DR <br> 5TH FLOOR <br> COLUMBUS, OH 43231 | Trustee Claim Number: 4  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **AMERITOX LTD** <br> POB 201826 <br> DALLAS, TX 75320-1826 | Trustee Claim Number: 5  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2531 |
| **CAPITAL ACCOUNTS LLC** <br> POB 140065 <br> NASHVILLE, TN 37214 | Trustee Claim Number: 6  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 7  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 1,026.02 <br> COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1946 |
| **CREDITECH** <br> POB 99* <br> BANGOR, PA 18013 | Trustee Claim Number: 8  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **DAIMLER CHRYSLER FINANCIAL**++** <br> ATTN TRUSTEE PMTS <br> PO BOX 6001683 <br> LOUISVILLE, KY 40290-1683 | Trustee Claim Number: 9  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH*DFNCY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV** <br> PO BOX 5008 <br> CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 239.23 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4933 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br><br>VACAVILLE, CA  95696 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  437.10<br>COMMENT:  TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2180 |
| **FNB CDC**<br>2501 W 12TH ST<br>POB 8261<br><br>ERIE, PA  16505 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GLENBEIGH BUSINESS OFFICE**<br>POB 298<br><br>ROCK CREEK, OH  44084 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8590 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2243 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0462/3899 : 05 |
| **MABEL KELLY**<br><br>ALLENTOWN, PA  18105 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA  92108 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br><br>ERIE, PA  16512 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  360.12<br>COMMENT:  3207/SCH*SVC THRU 5/15/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6432 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0462/3899 : 05 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS** <br> C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES <br> POB 40728 <br> HOUSTON, TX  77240 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **PENELEC/FIRST ENERGY**** <br> 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 <br> PO BOX 367 <br> HOLMDEL, NJ  07733 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 606.34 <br> COMMENT: 0619/SCH*SVC THRU 3/31/14 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1981 |
| **PERFECTION COLLECTION LLC** <br> 313 E 1200 S <br> OREM, UT  84058 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **UNIFUND CCR PARTNERS** <br> C/O REMIT CORP <br> 36 W MAIN ST <br> BLOOMSBURG, PA  17815 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 2,860.66 <br> COMMENT: NO NUM/SCH*JUDGMENT 31154-11 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0479 |
| **SAINT VINCENT HEALTH CENTER** <br> 232 W 25TH ST <br> ERIE, PA  16544 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **UPMC PHYSICIAN SERVICES++** <br> C/O UPMC TREASURY DEPT <br> US STEEL TOWER - MS UST 01-41-02 <br> 600 GRANT ST 41ST FL <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1007 |
| **UPMC PHYSICIAN SERVICES++** <br> C/O UPMC TREASURY DEPT <br> US STEEL TOWER - MS UST 01-41-02 <br> 600 GRANT ST 41ST FL <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1007 |
| **ASHLEY FUNDING SVCS LLC** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 245.12 <br> COMMENT: NT/SCH*LABCORP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1830 |
| **SYNCHRONY BANK++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL  33131-1605 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CARE CRED DENTAL/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: 3959 |