IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | |
| TONYA HELENE MOYER, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| MIDFIRST BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|     v. | : | |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | |
| TONYA HELENE MOYER, HIS WIFE; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

<u>DECLARATION</u>

    I hereby certify as counsel for the Debtors, Donald Eugene Moyer and Tonya Helene Moyer, his wife, that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:    /s/Michael S. JanJanin
           Michael S. Jan Janin, Esquire
           PA Id. No. 38880
           2222 West Grandview Boulevard
           Erie, Pennsylvania 16506-4508
           Telephone: 814-833-2222, Extension 1045
           Direct Dial: 814-314-1051
           Facsimile: 814-833-6753
           E-Mail: mjanjanin@quinnfirm.com
           Counsel for Donald Eugene Moyer and Tonya Helene Moyer

#1134602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | |
| TONYA HELENE MOYER, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| MIDFIRST BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|     v. | : | |
| | : | |
| DONALD EUGENE MOYER, JR. AND | : | |
| TONYA HELENE MOYER, HIS WIFE; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 30, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 30, 2018

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                              BY:    /s/Michael S. JanJanin
                                                      Michael S. Jan Janin, Esquire
                                                      PA Id. No. 38880
                                                      2222 West Grandview Boulevard
                                                      Erie, Pennsylvania  16506-4508
                                                      Telephone: 814-833-2222, Extension 1045
                                                      Direct Dial: 814-314-1051
                                                      Facsimile: 814-833-6753
                                                      E-Mail: mjanjanin@quinnfirm.com
                                                      Counsel for Donald Eugene Moyer and Tonya Helene Moyer

#1134602