IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 14-10390TPA |
| | : | |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife,    Movants | : | DATE AND TIME OF HEARING: Wednesday, July 25, 2018 at 9:30 a.m. |
| | : | |
| v. | : | RESPONSE DATE: |
| | : | |
| CAVALARY SPVI, LLC; UNIFUND CORPORATION; PREMIER BANK CARD/CHARTER, Respondents | : | June 18, 2018 |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO CLAIM (Document No. 59)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Objection to Claim filed May 31, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection to Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Objection were to be filed and served no later than June 18, 2018.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: June 19, 2018

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


BY:    /s/ Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors

#1134843