FILED
6/21/18 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 14-10390TPA |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife, Debtors | : : : : | THE HON. THOMAS P. AGRESTI CHAPTER 13 |
| DONALD EUGENE MOYER, JR. and TONYA HELENE MOYER, his wife, Movants | : : : | RELATED TO DOCUMENT NO. 59 |
| v. | : : | |
| CAVALARY SPVI, LLC; UNIFUND CORPORATION; PREMIER BANK CARD/CHARTER, Respondents | : : : : | |

ORDER

AND NOW, to-wit this 21st day of June, 2018, upon consideration of the Objection to Claims filed by the Debtors, Donald Eugene Moyer, Jr. and Tonya Helene Moyer, his wife, and following a hearing held in this matter, it is ORDERED, ADJUDGED and DECREED as follows:

1. Claim No. 2 filed by Cavalry SPVI, LLC as a general unsecured claim in the amount of $1,026.02 is DISALLOWED because the statute of limitations expired.
2. Claim No. 3 filed by Unifund Corporation c/o Remit Corporation as a general, unsecured claim in the amount of $2,860.66 is DISALLOWED because the statute of limitations expired.
3. Claim No. 6 filed by Premier Bank Card/Charter as a general, unsecured claim in the amount of $437.10 is DISALLOWED because the statute of limitations expired.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1134543

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald Eugene Moyer, Jr.  
Tonya Helene Moyer  
    Debtors

Case No. 14-10390-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: Jun 21, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db/jdb        +Donald Eugene Moyer, Jr.,    Tonya Helene Moyer,    546 E. 28th Street,    Erie, PA 16504-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13843027        +E-mail/Text: bankruptcy@cavps.com Jun 22 2018 02:15:43     Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340  
                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     MIDFIRST BANK andygornall@latouflawfirm.com  
         James Warmbrodt     on behalf of Creditor     MIDFIRST BANK bkgroup@kmllawgroup.com  
         Michael S. Jan Janin     on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com,  
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
         Michael S. Jan Janin     on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com,  
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                              TOTAL: 6