**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Donald* | *Eugene* | *Moyer, Jr.* |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Tonya* | *Helene* | *Moyer* |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number   *14-10390TPA*
(if known)

# Official Form 423
## Certification About a Financial Management Course  12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1:  Tell the Court About the Required Course.

*You must check one:*

☒  **I completed an approved course in personal financial management:**

   Date I took the course   *June 20, 2018*

   Name of approved provider   *Advantage Credit Counseling Service, Inc.*

   Certificate Number   *01721-PAW-DE-031180946*

☐  **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

   ☐  **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐  **Disability.**  My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐  **Active duty.**  I am currently on active military duty in a military combat zone.

   ☐  **Residence.**  I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

X  **/s/Tonya Helene Moyer**                    **Tonya Helene Moyer**          Date  **June 27, 2018**
   Signature of debtor named on certificate          Printed name of debtor

#1140887

Official Form 423                    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-031180946

Bankruptcy Case Number: 14-10390

01721-PAW-DE-031180946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2018, at 3:00 o'clock PM EDT, Tonya Moyer completed a course on personal financial management given by telephone by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: June 14, 2018           By:    /s/Sonja Coston for Terri Stocki

                              Name:  Terri Stocki

                              Title: Counselor