## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  DONALD EUGENE MOYER, JR.
TONYA HELENE MOYER
       Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
       vs.
DONALD EUGENE MOYER, JR.
TONYA HELENE MOYER

    Respondents

Case No. 14-10390TPA

Chapter 13

Document No. 68

FILED
7/17/18 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __17th__ day of __July__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Dandy Service Corp
      Attn Payroll Manager
      916 Brush Creek Rd
      Warrendale, PA 15086

is hereby ordered to immediately terminate the attachment of the wages of DONALD EUGENE MOYER, JR., social security number XXX-XX-0462. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DONALD EUGENE MOYER, JR..

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald Eugene Moyer, Jr.  
Tonya Helene Moyer  
     Debtors

Case No. 14-10390-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz      Page 1 of 1      Date Rcvd: Jul 17, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.  
db/jdb        +Donald Eugene Moyer, Jr.,   Tonya Helene Moyer,   546 E. 28th Street,   Erie, PA 16504-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com  
         James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         Michael S. Jan Janin    on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
         Michael S. Jan Janin    on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                   TOTAL: 6