Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Donald Eugene Moyer Jr.** : | Case No. 14−10390−TPA |
| **Tonya Helene Moyer** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s)*, : | |
| : | Related to Document No. 72 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/12/18 at 12:00 PM |
| *Respondent(s)*. : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 26th of September, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 72 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) *On or before November 12, 2018*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on *December 12, 2018 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 14-10390-TPA
Donald Eugene Moyer, Jr.                                                Chapter 13
Tonya Helene Moyer
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1           User: gamr                   Page 1 of 2                  Date Rcvd: Sep 26, 2018
                               Form ID: 300b                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         +Donald Eugene Moyer, Jr.,    Tonya Helene Moyer,    546 E. 28th Street,    Erie, PA 16504-1112
sp             +Phillip E. Kondrot,    Edgar Snyder & Associates, LLC,    USX Tower,    Tenth Floor,
                 600 Grant Street,    Pittsburgh, PA 15219-2702
13920927        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13825564       +Ameritox,   P.O. Box 402166,    Atlanta, GA 30384-2166
13825565       +Angela L. Mattis, Esquire,    2 Mill Street,    Danville, PA 17821-1946
13825568       +Creditech,   P.O. Box 99,    Bangor, PA 18013-0099
13825569        Daimler Chrysler,    1000 Chrysler Dr.,    Carney, OK 748326
13825570       +Direct TV,   1930 N. Poplar St.,    Southern Pines, NC 28387-7091
13825575       +FNB Consumer Discount,    2501 West 12th Street,    Erie, PA 16505-4527
13825573       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13825574       +First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13825577       +Glenbeigh Business Office,    P.O. Box 1023,    Andover, OH 44003-1023
13825580       +HSBC Bank,   P.O. Box 5253,    Carol Stream, IL 60197-5253
13825578       +Home Depot,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
13825579       +Howard Hanna Mortgage Services,    119 Gamma Dr.,    Pittsburgh, PA 15238-2902
13825583        Mabel Kelly,    Allentown, PA 18105
13876789       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13825585       +Midfirst Bank,    999 Northwest Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
13825584       +Midfirst Bank,    501 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6037
13825587       +Midland Mortgage,    P.O. Box 26648,   Oklahoma City, OK 73126-0648
13825588       +Mortgage Electronic,    Registration Systems, Inc.,    P.O. Box 2026,   Flint, MI 48501-2026
13825590       +Pa. Dept. of Revenue,    Bureau of Collections,    P.O. Box 281041,    Harrisburg, PA 17128-1041
13825591       +Palisades Collection,    87 South Commerce Way,    Ste. 70,   Bethlehem, PA 18017-8928
13825592       +Penelec,   P.O. Box 3684,    Akron, OH 44309-3684
13874586       +Penelec A FirstEnergy Company,    First Energy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank NJ 07701-5688
13825593       +Perfection Collection,    313 E. 1200 S,    Orem, UT 84058-6972
13825594      ++REMIT CORPORATION,    P O BOX 7,   BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,     c/o Laurinda Voelcker, Esquire,
                 36 W. Main Street,    Bloomsburg, PA 17815)
13825595       +Saint Vincent Health Center,    232 W. 25th St.,    Erie, PA 16544-0001
13825598       +UPMC Physicians Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13825597       +Unifund Corp.,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
13852555       +Unifund Corporation,    c/of Remit Corporation,    36 West Main Street,
                 Bloomsburg, PA 17815-1703
13825599       +Van Ru Credit Corp.,    1350 E. Touhy Ave.,    Suite 100E,   Des Plaines, IL 60018-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2018 03:23:56
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13825562       +E-mail/Text: EBNProcessing@afni.com Sep 27 2018 03:16:42      AFNI,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
13920619        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:25:41
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13825566       +E-mail/Text: bankruptcy@usecapital.com Sep 27 2018 03:17:57      Capital Accounts,
                 P.O. Box 140065,    Nashville, TN 37214-0065
13825567       +E-mail/Text: bankruptcy@cavps.com Sep 27 2018 03:16:54       Cavalry Portfolio,
                 500 Summit Lake Dr.,    Ste. 400,   Valhalla, NY 10595-2322
13843027       +E-mail/Text: bankruptcy@cavps.com Sep 27 2018 03:16:54       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13825571       +E-mail/Text: csbankruptcy@eriewaterworks.org Sep 27 2018 03:17:17       Erie Water Works,
                 340 West Bayfront Pkwy.,    Erie, PA 16507-2004
13825576        E-mail/Text: bankruptcy@fncbinc.com Sep 27 2018 03:14:53      FNCB,    610 Waltham Way,
                 Sparks, NV 89434
13825581        E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 03:15:19      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13825582       +E-mail/Text: ebn@ltdfin.com Sep 27 2018 03:15:26      LTD Financial Services LP,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13825586       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 03:16:21      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13825589       +E-mail/Text: Bankruptcy@natfuel.com Sep 27 2018 03:16:25      National Fuel Gas,    P.O. Box 2081,
                 Erie, PA 16512-2081
13888589       +E-mail/Text: csidl@sbcglobal.net Sep 27 2018 03:17:03      Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13986360        E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2018 03:23:56
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0315-1           User: gamr                 Page 2 of 2                  Date Rcvd: Sep 26, 2018
                               Form ID: 300b              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13825596       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 27 2018 03:16:22      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                                 TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
13825563     ##+Allied Interstate,    P.O.Box 4000,    Warrenton, VA 20188-4000
13825572     ##+First American Title,    Loss Mitigation Title Services,    P.O. Box 27670,
                 Santa Ana, CA 92799-7670
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 6
```