**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONALD EUGENE MOYER, JR.<br>TONYA HELENE MOYER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:14-10390 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| September 25, 2018 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/01/2014 and confirmed on 6/27/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,773.71 |
| Less Refunds to Debtor | 3,795.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,978.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,494.00 | |
|    Trustee Fee | 1,092.18 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,586.18 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST* | 0.00 | 14,720.85 | 0.00 | 14,720.85 |
|     Acct: 9580 | | | | |
|   ERIE WATER WORKS* | 1,220.31 | 1,220.31 | 0.00 | 1,220.31 |
|     Acct: 3780 | | | | |
| | | | | 15,941.16 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,994.00 | 2,994.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD EUGENE MOYER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD EUGENE MOYER, JR. | 3,795.56 | 3,795.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERITOX LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2531 | | | | |
|   CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1946 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DAIMLER CHRYSLER FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DII | 239.23 | 239.23 | 0.00 | 239.23 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4933 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2180 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GLENBEIGH BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8590 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2243 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX: 05 | | | | |
| MABEL KELLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 360.12 | 360.12 | 0.00 | 360.12 |
| Acct: 6432 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX: 05 | | | | |
| PALISADES ACQUISITION/PALISADES CL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PENELEC/FIRST ENERGY** | 606.34 | 606.34 | 0.00 | 606.34 |
| Acct: 1981 | | | | |
| PERFECTION COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UNIFUND CCR PARTNERS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0479 | | | | |
| SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| ASHLEY FUNDING SVCS LLC | 245.12 | 245.12 | 0.00 | 245.12 |
| Acct: 1830 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3959 | | | | |
| | | | | 1,450.81 |

TOTAL PAID TO CREDITORS                                                                      17,391.97

|  |  |
|---|---|
| TOTAL |  |
| CLAIMED | 0.00 |
| PRIORITY | 1,220.31 |
| SECURED | 1,450.81 |

Date: 09/25/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DONALD EUGENE MOYER, JR.
    TONYA HELENE MOYER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-10390 TPA

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                          BY THE COURT:

                                                           _____
                                                           U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                 Case No. 14-10390-TPA
Donald Eugene Moyer, Jr.                                               Chapter 13
Tonya Helene Moyer
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: gamr                   Page 1 of 2                  Date Rcvd: Oct 02, 2018
                               Form ID: pdf900              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb         +Donald Eugene Moyer, Jr.,    Tonya Helene Moyer,    546 E. 28th Street,    Erie, PA 16504-1112
sp             +Phillip E. Kondrot,    Edgar Snyder & Associates, LLC,    USX Tower,    Tenth Floor,
                 600 Grant Street,    Pittsburgh, PA 15219-2702
13920927        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13825564       +Ameritox,   P.O. Box 402166,    Atlanta, GA 30384-2166
13825565       +Angela L. Mattis, Esquire,    2 Mill Street,    Danville, PA 17821-1946
13825568       +Creditech,   P.O. Box 99,    Bangor, PA 18013-0099
13825569        Daimler Chrysler,    1000 Chrysler Dr.,    Carney, OK 748326
13825570       +Direct TV,   1930 N. Poplar St.,    Southern Pines, NC 28387-7091
13825575       +FNB Consumer Discount,    2501 West 12th Street,    Erie, PA 16505-4527
13825573       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13825574       +First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13825577       +Glenbeigh Business Office,    P.O. Box 1023,   Andover, OH 44003-1023
13825580       +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
13825578       +Home Depot,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
13825579       +Howard Hanna Mortgage Services,    119 Gamma Dr.,    Pittsburgh, PA 15238-2902
13825583        Mabel Kelly,   Allentown, PA 18105
13876789       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13825584       +Midfirst Bank,    501 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6037
13825585       +Midfirst Bank,    999 Northwest Grand Blvd.,    Suite 100,   Oklahoma City, OK 73118-6051
13825587       +Midland Mortgage,    P.O. Box 26648,   Oklahoma City, OK 73126-0648
13825588       +Mortgage Electronic,    Registration Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
13825590       +Pa. Dept. of Revenue,    Bureau of Collections,    P.O. Box 281041,    Harrisburg, PA 17128-1041
13825591       +Palisades Collection,    87 South Commerce Way,    Ste. 70,   Bethlehem, PA 18017-8928
13825592       +Penelec,   P.O. Box 3684,    Akron, OH 44309-3684
13874586       +Penelec A FirstEnergy Company,    First Energy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank NJ 07701-5688
13825593       +Perfection Collection,    313 E. 1200 S,   Orem, UT 84058-6910
13825594      ++REMIT CORPORATION,    P O BOX 7,   BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,     c/o Laurinda Voelcker, Esquire,
                 36 W. Main Street,    Bloomsburg, PA 17815)
13825595       +Saint Vincent Health Center,    232 W. 25th St.,    Erie, PA 16544-0001
13825598       +UPMC Physicians Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13825597       +Unifund Corp.,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
13852555       +Unifund Corporation,    c/of Remit Corporation,    36 West Main Street,
                 Bloomsburg, PA 17815-1703
13825599       +Van Ru Credit Corp.,    1350 E. Touhy Ave.,    Suite 100E,   Des Plaines, IL 60018-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2018 02:39:04
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13825562       +E-mail/Text: EBNProcessing@afni.com Oct 03 2018 02:34:29     AFNI,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
13920619        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2018 02:39:30
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13825566       +E-mail/Text: bankruptcy@usecapital.com Oct 03 2018 02:35:16     Capital Accounts,
                 P.O. Box 140065,    Nashville, TN 37214-0065
13825567       +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 02:34:39     Cavalry Portfolio,
                 500 Summit Lake Dr.,    Ste. 400,   Valhalla, NY 10595-2322
13843027       +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 02:34:39     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13825571       +E-mail/Text: csbankruptcy@eriewaterworks.org Oct 03 2018 02:34:52     Erie Water Works,
                 340 West Bayfront Pkwy.,    Erie, PA 16507-2004
13825576        E-mail/Text: bankruptcy@fncbinc.com Oct 03 2018 02:33:29     FNCB,    610 Waltham Way,
                 Sparks, NV 89434
13825581        E-mail/Text: cio.bncmail@irs.gov Oct 03 2018 02:33:46     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13825582       +E-mail/Text: ebn@ltdfin.com Oct 03 2018 02:33:48     LTD Financial Services LP,
                 7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
13825586       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 02:34:18     Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13825589       +E-mail/Text: Bankruptcy@natfuel.com Oct 03 2018 02:34:19     National Fuel Gas,    P.O. Box 2081,
                 Erie, PA 16512-2081
13888589       +E-mail/Text: csidl@sbcglobal.net Oct 03 2018 02:34:44     Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13986360        E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2018 02:39:50
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0315-1          User: gamr              Page 2 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13825596        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 03 2018 02:34:19      U. S. Trustee's Office,
                  1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
13825563      ##+Allied Interstate,   P.O.Box 4000,   Warrenton, VA 20188-4000
13825572      ##+First American Title,   Loss Mitigation Title Services,   P.O. Box 27670,
                  Santa Ana, CA 92799-7670
                                                                                  TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Tonya Helene Moyer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Donald Eugene Moyer, Jr. mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```